|  |  |
|---|---|
| VICTORIA ANN RODRIGUEZ, ERNIE STEVE HERNANDEZ, and SALLIE MARIE HERNANDEZ as Beneficiaries of the Estate of Ernest John Hernandez,<br><br>Plaintiffs,<br><br>v.<br><br>PHH MORTGAGE CORPORATION; CLEAR RECON CORP, LIBERTY HOME EQUITY SOLUTIONS, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"); and DOES 1 through 15, inclusive<br><br>Defendants. | No.  1:22-cv-00619-AWI-HBK<br><br>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41 (a)(1)(A)(i) AS TO CLEAR RECON CORPORATION<br><br>(Doc. No. 16)<br><br><br>ORDER MOOTING MOTIONTO REMAND<br><br>(Doc. No. 4) |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Pending before the Court is Plaintiffs' notice of voluntary dismissal of Defendant Clear Recon Corporation filed January 9, 2023.  (Doc. No. 16).  Plaintiffs request to "dismiss Defendant Clear Recon Corporation ("Clear Recon") as to all claims in this action **with prejudice**."  (Doc. No. 16 at 1) (emphasis added).  Federal Rule of Civil Procedure 41(a)(1)(A)(i) permits a plaintiff to "dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."  *Id*.  As of the date of

this order, Clear Recon has not entered either an answer or a motion for summary judgment.  (*See* docket).  Based on Plaintiff's notice, this action is terminated by operation of law without further order from the Court.  Fed. R. Civ. P. 41(a)(1)(A)(i).  Clear Recon is the only remaining defendant.  (*See* Doc. Nos. 10, 15; *see also* docket).  Plaintiff's voluntary dismissal of the final defendant moots Plaintiff's motion to remand.  (Doc. No. 4).

Accordingly, it is **ORDERED**:

1. Plaintiff's motion to remand is MOOT.  (Doc. No. 4).

2.  The Clerk of Court shall terminate all pending deadlines and CLOSE this action to reflect Plaintiffs' notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i) of Defendant Clear Recon Corporation.

Dated:    January 10, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE